**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 2014-cv-01806-RPM**

    MICHAEL DELUCCI, SR.

        Plaintiff,

vs.

    LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

---

## ORDER OF DISMISSAL

---

    The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice, and being fully advised in the premise thereof,

    HEREBY ORDERS that this case is dismissed with prejudice, with each party to bear their own attorney fees and costs.

    Date:   February 4th, 2015

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch,  Senior District Judge